BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: COMMUNITY HEALTH SYSTEMS, INC., CUSTOMER DATA SECURITY BREACH LITIGATION | MDL No. 2595 |

**PLAINTIFF SUSAN ROMAN'S JOINDER IN THE
*ALVERSON* PLAINTIFFS' MOTION FOR TRANSFER OF ACTIONS TO THE
NORTHERN DISTRICT OF ALABAMA PURSUANT TO 28 U.S.C. § 1407**

Plaintiff Susan Roman hereby joins in the *Alverson* Plaintiffs'[1] motion to transfer *Roman v. Community Health Systems, Inc., et al.* (Case No. 3:14-cv-1705-RDM), *Lawson, et al. v. Community Health Systems, Inc., et al.* (Case No. 3:14-cv-00712-DPJ-FKB), *Brito v. Community Health Systems Professional Services Corporation et al.* (Case No. 1:14-cv-00929-JB-CG), and *Glah, et al. v. Community Health Systems, Inc., et al.* (Case No. 2:14-cv-25783) to the Northern District of Alabama for the purpose of coordinating or consolidating pretrial proceedings with *Alverson, et al. v. Community Health Systems, Inc., et al.* (Case No. 2:14-cv-01620-KOB), which is presently pending before Chief Judge Karon O. Bowdre in the Northern District of Alabama.

//

//

---

[1] The *Alverson* Plaintiffs include Denise B. Alverson, Janet F. Bearden, Bobbie Jean Richard, Dallas W. Richard, Robert Cadle, Patricia Saye, Cynthia K. Horgan, Lynda Grantham, Martin J. Griffin, Steve Percox, Joel Lovelace, Crystal Johnson, Stephen Ziegler, Lanncy C. Reeves, Kristopher J. Byrum, Sarah Truman, Joshua Capps, Johannes A. Nhete, Richard Dale Floyd, Christopher L. Brown, and Hixie Lewis.

Dated: November 7, 2014

Respectfully,

EDELSON PC

/s/ Benjamin S. Thomassen

Benjamin S. Thomassen
bthomassen@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

Attorneys for Susan Roman, individually and on behalf of all others similarly situated.