**CHSPSC NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT – EXHIBIT A**

## Short Case Captions

- *Alverson, et al. v. Community Health Systems, Inc., et al.*, N.D. Ala. Case No. 2:14-cv-01620-KOB.

- *Lawson, et al. v. Community Health Systems, Inc., et al.*, S.D. Miss. Case No. 3:14-cv-00712-DPJ-FKB.

- *Brito v. Community Health Systems, Inc., et al.*, D.N.M. Case No. 1:14-cv-00929-JB-CG.

- *Roman v. Community Health Systems, Inc., et al*., M.D. Pa. Case No. 3:14-cv-01705-RDM.

- *Glah, et al. v. Community Health Systems, Inc., et al.*, S.D. W. Va. Case No. 2:14-cv-25783.

## Related Actions

- *Lutz v. Community Health Systems, Inc., et al.*, E.D. Pa. Case No. 2:14-cv-06433-RBS.

- *Veciana, et al. v. Community Health Systems, Inc., et al.*, M.D. Fla. Case No. 8:14-cv-2893-VMC-AEP.

- *Maes, et al. v. Community Health Systems Professional Services Corporation, et al.*, D.N.M. Case No. 1:14-cv-01090-JB-KBM.